**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 14-63535-WLH |
| | * | |
| CHRISTINE DELANEY JENKINS, | * | |
| | * | CHAPTER: 13 |
| | * | |
| | * | |
| | * | |
| DEBTOR. | * | |

# Motion For Reconsideration Of Order of Dismissal Pursuant to BR 8002 and BLR 9023-1

COME NOW THE DEBTORS, by and through the undersigned counsel, and file this "Motion for Reconsideration of Order of Dismissal Pursuant to BR 8002 and BLR 9023-1" and show this Honorable Court as follows:

1.

The Debtor filed a Petition constituting an Order for Relief under Title 11 U.S.C. Chapter 13 on July 14, 2014. The case was confirmed by Order of this Court on March 20, 2015.

2.

On June 20, 2015, the Trustee filed a Motion to Dismiss the case for failure to remit the 2014 Federal Income Tax Refund to the Trustee. The hearing was set for August 5, 2015 at 10:00a.m. At that time Debtor's case was placed on strict compliance for her to remit her Federal Income tax return or proof of an Income Tax Extension to the Trustee by May 15th of each calendar year for the remaining years the case is pending. If an extension is provided then the Debtor must provide the actual return to the Trustee by the extension deadline to be in compliance with the terms of this Order.

Additionally, unless further Court order allows retention, the Debtor was ordered to pay any tax refund for the years of the Debtor's Applicable Commitment Period or any other agreed upon years to the Trustee by May 15th of each calendar year. If the Debtor fails to provide either the tax refund or tax return to the Trustee by May 15th or the date of the granted extension then the case

shall be dismissed without further hearing upon receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

3.

Since the order to Dismiss was entered on the docket, Debtor through Debtor's counsel filed two additional Chapter 13 plan modifications. The Debtor was under the impression that her case was modified to a 100% dividend to unsecured, which would allow her to keep her tax refunds. While Debtor's counsel had mentioned this to Debtor, a plan modification modifying the case to 100% dividend to unsecured was never filed. Debtor provided her Counsel with her 2015 tax return on March 4, 2016. Debtor's counsel forwarded the 2015 tax return to the Trustee on March 8, 2016. Debtor received a tax refund of $5,496.00, but did not submit the refund to the Trustee.

4.

An Order dismissing the instant Chapter 13 case was entered on October 11, 2016. However, pursuant to BR 8002, the Order is not final until 14 days later. Pursuant to BLR 9023-1, this motion for reconsideration is being filed within 14 days of the Order of Dismissal.

5.

Debtor has since submitted a Post-Confirmation Plan Modification to increase her payments to cure terms, and to increase the dividend to 100% to unsecured.

6.

The Debtor respectfully requests the Court to reconsider the Order dismissing the case and allow the Debtor to continue to pay her Trustee payments and complete her case.

WHEREFORE, Debtor prays:

(a) That this Motion be filed, read, and considered;

(b) That the hearing on this Motion scheduled; and

(c) That this Court grant such other and further relief as it deems just and proper.

*/jas*

Respectfully submitted,
Clark & Washington, LLC

By: /s/ ______________________
Sam Boukli
GA Bar No. 892760
Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222

*/jas*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE | * | CASE NO. 14-63535-WLH |
| | * | |
| CHRISTINE DELANEY JENKINS, | * | |
| aka CHRISTINE DELENEY SUTTON , | * | CHAPTER 13 |
| | * | |
| | * | |
| | * | |
| DEBTOR. | * | |

**NOTICE OF HEARING ON MOTION FOR RECONSIDERATION OF ORDER OF DISMISSAL PURSUANT TO BR 8002 AND BLR 9023-1**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed an **"Motion"** seeking to reconsideration of Order of Dismissal.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Court Room 1403 (14th Floor) of the US Courthouse, 75 Ted Turner, SW, Atlanta, GA 30303, at 9:30 AM, on November 30, 2016.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Dr, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

*/jas*

Respectfully submitted,
Clark & Washington, LLC

Clark & Washington, LLC
3300 Northeast Expressway
Bldg. 3
Atlanta, GA 30303

/s/______________________________

Sam Boukli
GA Bar No. 892760
Attorney for Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222

*/jas*

**CERTIFICATE OF SERVICE**

I certify that I served the Debtor with a true and correct copy of the within the and foregoing "Notice of Hearing on Motion to Reconsider Order of Dismissal Motion For Reconsideration Of Order of Dismissal Pursuant to BR 8002 and BLR 9023-1" and "Motion to Reconsider Order of Dismissal and for a matching reduction in plan base Motion For Reconsideration Of Order of Dismissal Pursuant to BR 8002 and BLR 9023-1" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Christine Delaney Jenkins
3438 Clear Stream Run
Auburn, GA 30011

I further certify that, by agreement of the parties, Nancy Whaley - Chapter 13 Trustee, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

And, in the same manner I served the parties listed in the attached matrix with the "Notice of Hearing on Motion to Reconsider Order of Dismissal and for a matching reduction in plan base Motion For Reconsideration Of Order of Dismissal Pursuant to BR 8002 and BLR 9023-1" at the addresses indicated therein,

Dated10/25/2016

/s/
Sam Boukli
GA Bar 892760

CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

*/jas*

BANK OF AMERICA, N.A
ATTN: BANKRUPTCY DEPT
MAIL STOP CA6-919-01-2
400 NATIONAL WAY
SIMI VALLEY, CA 93065-6414

Bank of America, N.A.
Pendergast & Associates, PC
South Terraces, Suite 1000
115 Perimeter Center Place
Atlanta, GA 30346-1281

Bank of America, N.A.
c/o Prober & Raphael,
P.O. Box 4365
Woodland Hills, CA 91365-4365

NCEP, LLC
c/o Ascension Capital Group
PO Box 165028
Irving, TX 75016-5028

University of Phoenix
4615 E Elwood St, FL 3
Phoenix, AZ 85040-1908

BANK OF AMERICA, N.A.
Bank of America
PO BOX 31785
Tampa, FL 33631-3785

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Dr, SW
Atlanta GA 30303-3315

Brookside Crossing HOA
P.O. Box 628207
Orlando, FL 32862-8207

Citi
P.O. Box 6241
Sioux Falls, SD 57117-6241

Convergent Outsourcing (Original Credito
800 Sw 39th St
Renton, WA 98057-4975

Dept of ED/Sallie Mae
11100 USA Pkwy
Fishers, IN 46037-9203

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

Gecrb/Jcp
P.O. Box 965007
Orlando, FL 32896-5007

Gwinnett Hospital System
PO Box 116228
Atlanta, GA 30368-6228

I C System Inc
Original Crditor: Northe
P.O. Box 64378
Saint Paul, MN 55164-0378

INTERNAL REVENUE SERVICE
P O BOX 7346
2970 MARKET STREET
PHILADELPHIA, PA 19104-5002

IRS
401 W. Peachtree St. NW
Stop 334-D
Room 400
Atlanta, GA 30308

Jbs Finance
5509 Radford Road
Ste E
Flowery Branch, GA 30542-2701

Santander Consumer USA, Inc.
PO Box 961245
Fort Worth, TX 76161-0244

Navient Solutions, Inc. Department of Educat
Loan Services
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

OAK HARBOR CAPITAL VII, LLC
C O WEINSTEIN,PINSON AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Partners Col
Original Creditor: 01 Massa
403 Axminister
Fenton, MO 63026-2941

*/jas*

*/jas*